UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| KIMBERLY CRAIG, | ) |
|---|---|
| Petitioner, | ) |
| v. | ) No. 3:22-cv-00951 |
| DARON HALL, Davidson County Sheriff, | ) |
| Respondent. | ) |

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 18) recommending that the Court grant Respondent Daron Hall's ("Hall") Motion to Dismiss (Doc. No. 13) and dismiss the action. Petitioner Kimberly Craig ("Craig") has not filed timely objections to the R&R despite the R&R's specific warnings regarding waiver. (See Doc. No. 18 at 8–9).

Having thoroughly reviewed the R&R, the Court agrees with the Magistrate Judge's analysis. Specifically, the Court agrees that: (1) the Younger v. Harris, 401 U.S. 37, 45 (1971) abstention applies, given there is no question that Craig has an ongoing state criminal proceeding, the prosecution of crimes implicates an important state interest, and Craig has been able to raise and pursue her claim in state courts; (2) Craig fails to show that the Younger abstention does not apply; and (3) even if the Younger abstention did not apply, Craig has not raised persuasive arguments that she is entitled to Section 2241 *habeas* relief in light of Sixth Circuit precedent. (See Doc. No. 18 at 5–8).

Accordingly, the R&R (Doc. No. 18) is **APPROVED AND ADOPTED**; Hall's Motion to Dismiss (Doc. No. 13) is **GRANTED**; and this action is **DISMISSED**. The Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE